AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

United States of America
v.

James Williams
*Defendant*

)
)
)
)
)
)
)

Case No. 17-cr-645-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Williams,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21:841(a)(1) - Distribution of Heroin
21:841(a)(1) - Possession with Intent to Distribute Heroin
18:924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime
18:2 - Aiding and Abetting

Date: 12/19/2017

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12-19-17, and the person was arrested on *(date)* 1-29-18
at *(city and state)* PA.

Date: 1-29-18

ATF
*Arresting officer's signature*

*Printed name and title*