IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **CRIMINAL NO. 17-645-1** |
| **v.** : | |
| : | |
| **JAMES WILLIAMS** : | |
| : | |

**O R D E R**

**AND NOW** this 24th day of July, 2018, upon consideration of Defendant's Motion for Disclosure of the Identity of the Confidential Informant (Doc. No. 31), the Government's Response (Doc. No. 33), and Defendant's Reply (Doc. No. 37), **it is ORDERED** that the Defendant's Motion (Doc. No. 31) is **DENIED**.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE