IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 17-645 |
| JAMES WILLIAMS | : | |

PROTECTIVE ORDER
CONCERNING DISCLOSURE OF CERTAIN DISCOVERY MATERIAL

AND NOW, this 4th day of April 2019, upon the motion of the United States for a protective order restricting the dissemination of material provided pursuant to its discovery obligations, including but not limited to, its obligations under the Jencks Act and *Giglio v. United States*, 405 U.S. 150 (1972), the Court has considered the papers filed. The Court has weighed the need of the defendant to review trial-related material with the government's interest in preserving the privacy and safety of its witnesses. The Court finds that the following restriction does not unduly impair the defendant's ability to assist counsel in preparing for trial and makes a reasonable accommodation for the privacy and safety of the government's witnesses. The government's motion is GRANTED. It is hereby

ORDERED

that counsel for the defendant shall not provide copies of the following material, provided to her by the government on or after March 12, 2019, to her client, and shall not provide any writing to the defendant which discloses the substance of that material, and shall not allow the defendant to copy and keep these materials: Jencks Act and *Giglio* material, witness interview summaries (which are not technically Jencks Act material but which the government nonetheless discloses to assist defense counsel in their trial preparation), statements taken from witnesses, letters from

the government disclosing information about government witnesses; documents identifying by name confidential sources and/or cooperating witnesses, a plea agreement, and the government's motion seeking this order.   It is further ORDERED that these materials may not be disseminated by counsel for the defendant to any person, nor may these materials be used for any purpose other than preparation for and use at trial.   This order does not prohibit counsel from showing these materials to the defendant and discussing these materials at meetings with the defendant or from reading from or discussing these materials in telephone conversations with the defendant.

                BY THE COURT:

                _____
                HON. GENE E.K. PRATTER
                Judge, United States District Court