**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INFORMATION FILED** |
| | : | **UNDER SECTION 851 OF** |
| v. | : | **TITLE 21, U.S.C., RELATING** |
| | : | **TO SUPERSEDING INDICTMENT** |
| **JAMES WILLIAMS** | : | **CRIMINAL NO. 17-645-01 FILED** |
| | : | **MARCH 14, 2019** |

**INFORMATION CHARGING PRIOR OFFENSES**

William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, hereby accuses defendant James Williams, who was charged on March 14, 2019, in the Eastern District of Pennsylvania, with distribution of heroin, possession with intent to distribute heroin, and possession with intent to distribute cocaine base ("crack"), in violation of Title 21, United States Code, Section 841(a)(1), of having been convicted as described below prior to the commencement of the offenses charged in the superseding indictment:

1. On or about November 24, 2008, in the Court of Common Pleas of Bucks County, Pennsylvania, defendant James Williams was sentenced to a term of imprisonment of 36 to 120 months upon his conviction for manufacture, deliver, or possession with intent to deliver a controlled substance, in violation of 35 Pa. Stat. § 780-113(30), which is a felony drug offense as defined in Title 21, United States Code, Section 802(44).

2. On or about November 14, 2011, in the Court of Common Pleas of Bucks County, Pennsylvania, defendant James Williams was sentenced to a term of imprisonment of 5 to 10 years upon his conviction for delivery of a controlled substance, in

- 2 -

violation of 35 Pa. Stat. § 780-113(30), which is felony drug offense as defined in Title 21, United States Code, Section 802(44).

3. On or about November 14, 2011, in the Court of Common Pleas of Bucks County, Pennsylvania, defendant James Williams was sentenced to a term of imprisonment of 5 to 20 years upon his conviction for voluntary manslaughter, in violation of 18 Pa. Cons. Stat. § 2503(b), which is a serious violent felony as defined in Title 21, United States Code, Section 802(58), for which the defendant served a term of imprisonment of more than 12 months, from which he was released within 15 years of commencement of the offenses charged in the superseding indictment.

WILLIAM M. McSWAIN
United States Attorney


*/s Timothy M. Stengel*
TIMOTHY M. STENGEL
ERIC B. HENSON
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this Information Charging Prior Offenses has been served on the Filing User identified below through the Electronic Case Filing (ECF) system:

>Margaret M. Grasso, Esquire
>maggiegrasso@comcast.net

>*/s Timothy M. Stengel*
>TIMOTHY M. STENGEL
>ERIC B. HENSON
>Assistant United States Attorneys

DATED:   April 7, 2019.