**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES WILLIAMS** | : | **No. 17-645-1** |

## O R D E R

**AND NOW**, this 25th day of May, 2021, upon consideration of Mr. Williams' Sentencing Memorandum (Doc. No. 140), the Government's Sentencing Memorandum (Doc. No. 173), the proceedings during the sentencing hearing conducted with counsel and the defendant on May 12, 2021, and for the reasons set forth in the Court's May 25, 2021 Memorandum, it is hereby **ORDERED** that Mr. Williams' objection to the career offender enhancement recommended in the Presentence Investigation Report and applied by the Court (Doc. No. 140) is **DENIED**.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1